IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 10-006-BLG-SPW |
|---|---|
| Plaintiff/Respondent, | CV 16-183-BLG-SPW |
| vs. | ORDER |
| CHASE RAY STRIKE, | |
| Defendant/Movant. | |

On March 24, 2017, the Court set a schedule for briefing in this matter. Before the order was filed, however, Defendant/Movant Strike filed a notice of voluntary dismissal.

Accordingly, IT IS HEREBY ORDERED that the Order of March 24, 2017 (Doc. 70) is VACATED. Pursuant to Strike's voluntary dismissal, *see* Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is DISMISSED. The clerk will close the civil file by entering a judgment of dismissal.

DATED this 27th day of March, 2017.

Susan P. Watters
United States District Court