IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE RAY STRIKE,<br><br>Defendant. | CR 10-06-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Reset Hearing (Doc. 111), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Revocation Hearing currently scheduled for Thursday, October 9, 2025 at 2:30 p.m. is **VACATED** and **RESET** to commence on **Thursday October 2, 2025 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 30th day of September, 2025.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1